UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| ADAM W. HAYNES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 1:20CV826 |
|  | ) |  |
| PITTSBURGH GLASS WORKS, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #11]. The Court has reviewed the Joint Report and approves it as submitted and as noted herein.

The Court notes that supplementations under Rule 26(e) are due as provided in the Joint Report but no later than the close of discovery, unless Court authorization is obtained to provide corrective information required by Rule 26(e)(1)(A) after the close of discovery. The Court also notes that all discovery must be completed by August 31, 2021, and that deadline may not be altered by agreement of the parties absent a Court Order.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #11] is approved as submitted and as noted herein.

This, the 22nd day of December, 2020.

                                                                       /s/ Joi Elizabeth Peake
                                                        United States Magistrate Judge